HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ALEX MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00154-LJO-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE** |
| vs. | |
| ALEX MENDOZA, | |
| Defendant. | Date: January 23, 2017<br>Time: 8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Kimberly A. Sanchez, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Alex Mendoza, that the briefing schedule, with the exception of the sentencing hearing, be continued to one week. The new schedule will be as follows:

| | |
|---|---|
| Informal Objections Due to Probation and Opposing Counsel no later than: | 1/2/17 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 1/9/17 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 1/16/17 |
| Judgment and Sentencing Date: | 1/23/17 |

Stipulation and Order to Continue Briefing Schedule    -1-    *U.S. v. Mendoza*, 1:14-cr-00154-LJO-SKO

1  Currently, the informal objections are due to probation on December 27, 2016. However, having just received the Pre-Sentence Report on December 12, 2016, defense counsel needed to translate the report to Spanish and review with Mr. Mendoza. After translating, defense counsel mailed a copy of the translated Pre-Sentence Report to Mr. Mendoza at the Lerdo Pre-Trial Facility, causing some delay. The parties agree that a one-week continuance provides enough time for Mr. Mendoza to receive the translated Pre-Sentence Report, review with defense counsel and draft informal objections. The parties agree to keep the sentencing hearing on calendar for January 23, 2017.  Probation is aware of this stipulation and is in agreement with the request.

                                                            Respectfully submitted,

                                                            HEATHER E. WILLIAMS
                                                            Federal Defender

Date: December 21, 2016                               */s/  Jerome Price*
                                                           JEROME PRICE
                                                           Assistant Federal Defender
                                                           Attorneys for Defendant
                                                           ALEX MENDOZA

Date: December 21, 2016                                PHILLIP A. TALBERT
                                                           United States Attorney

                                                           */s/ Kimberly A. Sanchez*
                                                           KIMBERLY A. SANCHEZ
                                                           Assistant U.S. Attorney
                                                           Attorney for Plaintiff

# **O R D E R**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders the informal objections are now due on January 2, 2017, the final Pre-Sentence Report shall be filed on January 9, 2017, and any formal objections are now due on January 16, 2017.

IT IS SO ORDERED.

Dated:   **December 22, 2016**          /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE