HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ALEX MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1:14-cr-00154-LJO-SKO |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND  ORDER TO** |
| | ) | **CONTINUE BRIEFING SCHEDULE** |
| vs. | ) | |
| | ) | |
| ALEX MENDOZA, | ) | |
| | ) | |
| Defendant. | ) | Date:   January 23, 2017 |
| | ) | Time:  8:30 a.m. |
| | ) | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

Attorney, through Kimberly A. Sanchez, Assistant United States Attorney, attorney for Plaintiff,

and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price,

attorney for Alex Mendoza, that the briefing schedule, with the exception of the sentencing

hearing, be continued to one week. The new schedule will be as follows:

Informal Objections Due to Probation and Opposing      1/2/17
Counsel no later than:

The Presentence Report shall be filed with the Court and      1/9/17
disclosed to counsel no later than:

Motion for Correction of the Presentence Report shall      1/16/17
be filed with the Court and served on the Probation
Officer and opposing counsel no later than:

Judgment and Sentencing Date:      1/23/17

-1-          *U.S. v. Mendoza*, 1:14-cr-00154-LJO-SKO

1    Currently, the informal objections are due to probation on December 27, 2016. However,

2    having just received the Pre-Sentence Report on December 12, 2016, defense counsel needed to

3    translate the report to Spanish and review with Mr. Mendoza. After translating, defense counsel

4    mailed a copy of the translated Pre-Sentence Report to Mr. Mendoza at the Lerdo Pre-Trial

5    Facility, causing some delay. The parties agree that a one-week continuance provides enough

6    time for Mr. Mendoza to receive the translated Pre-Sentence Report, review with defense

7    counsel and draft informal objections. The parties agree to keep the sentencing hearing on

8    calendar for January 23, 2017.  Probation is aware of this stipulation and is in agreement with the

9    request.

10                                                         Respectfully submitted,

11                                                         HEATHER E. WILLIAMS
                                                          Federal Defender
12

13   Date: December 21, 2016                 */s/  Jerome Price*
                                                          JEROME PRICE
14                                                       Assistant Federal Defender
                                                          Attorneys for Defendant
15                                                       ALEX MENDOZA

16   Date: December 21, 2016                 PHILLIP A. TALBERT
                                                          United States Attorney
17

18                                                       */s/ Kimberly A. Sanchez*
                                                          KIMBERLY A. SANCHEZ
19                                                       Assistant U.S. Attorney
                                                          Attorney for Plaintiff
20

21

22

23

24

25

26

27

28

1

**O R D E R**

2        The Court, having received, read, and considered the parties' stipulation, and good cause

3   appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders

4   the informal objections are now due on January 2, 2017, the final Pre-Sentence Report shall be

5   filed on January 9, 2017, and any formal objections are now due on January 16, 2017.

6

7   IT IS SO ORDERED.

8        Dated:   __December 22, 2016__        ____/s/ Lawrence J. O'Neill____
                                               UNITED STATES CHIEF DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28