HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID H. HARSHAW III, KY #86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Email: david_harshaw@fd.org

Attorneys for Defendant
ALEX MENDOZA


MCGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Fresno Office
2500 Tulare Street
Suite 4401
Fresno, CA 93721
Telephone: 559-497-4038
Email: kimberly.sanchez@usdoj.gov

Attorneys for Plaintiff
United States of America

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  1:14-cr-00154-LJO-SKO-1 |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER FOR BRIEFING |
| | ) | SCHEDULE |
| vs. | ) | |
| | ) | |
| ALEX MENDOZA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties through their respective

counsel, United States Attorney, McGregor W. Scott, through Assistant United States Attorney

Kimberly A. Sanchez, attorney for Plaintiff, and Federal Defender, Heather E. Williams, through

Assistant Federal Defender David Harshaw, attorney for defendant, Alex Mendoza, that the

1    United States will have until July 17, 2020 to file a response to Defendant's Motion for

2    Compassionate Release.  Defendant will have until July 31, 2020 to file a reply.

3            General Order 595 provides that the Federal Defender has aurthority "to represent any

4    defendant who was previously determined to have been entitled to appointment of counsel, or

5    who is now indigent, to determine whether that defendant may qualify for federal relief under . . .

6    First Step Act Sectio[n] . . . 603 (Federal Prisoner Reentry Initiative Reauthorization

7    [Compassionate Release]), or otherwise, and to present any petitions, motions, or applications

8    relating thereto to the Court for disposition." Per this Court's referral, *see* ECF No. 277, the

9    undersigned Assistant Federal Defender has negotiated this briefing schedule on Mr. Mendoza's

10   behalf.

11                                   Respectfully submitted,

12    Dated:  July 6, 2020                  HEATHER E. WILLIAMS
                                            Federal Defender
13
                                            */s/ David Harshaw*
14                                          DAVID HARSHAW
                                            Assistant Federal Defender
15
                                            Attorneys for Defendant
16                                          Alex Mendoza

17

18   Dated:  July 6, 2020                   McGREGOR W. SCOTT
                                            United States Attorney
19
                                By:    */s/ Kimberly A. Sanchez*
20                                          KIMBERLY A. SANCHEZ
                                            Assistant U.S. Attorney
21
                                            Attorney for Plaintiff
22                                          United States of America

23

24

25

26

27

28

Stipulated Briefing Schedule            -2-

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.

The Court orders that the Plaintiff's response to the Defendant's Motion is due July 17, 2020, and the Defendant's reply due July 31, 2020.

IT IS SO ORDERED.

Dated:   **July 7, 2020**                    _Dale A. Drozd_____

UNITED STATES DISTRICT JUDGE