McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>                    v.<br><br>ALEX MENDOZA,<br><br>                               Defendant. | CASE NO. 1:14-CR-00154<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1.    Defendant Alex Mendoza filed a pro se motion for reduction in sentence and compassionate release on June 25, 2020.  Docket No. 276.  On July 7, 2020, the Court set the following schedule:

               a.   July 17, 2020:  government's response;

               b.   July 31,2020:  defendant's reply

2.    The government had not received the necessary documentation from the Bureau of Prisons as of July 16, 2020.  As such, the government contacted defense and requested a stipulation allowing the government to file its response by Thursday, July 23, 2020.  Defense agreed, and asked that his reply be due two weeks later, which is August 6, 2020.

3.   Counsel for the defendant agrees with this request.

2.      The parties desire additional time for briefing on defendant's motion. Accordingly, by this stipulation, the parties now move that:

   a)      The government's opposition or response to defendant's motion be due on July 23, 2020; and

   b)      The defense reply, if any, will be due on August 6, 2020.


IT IS SO STIPULATED.

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated:  July 17, 2020

                                        /s/ Kimberly A. Sanchez
                                        KIMBERLY A. SANCHEZ
                                        Assistant United States Attorney


Dated:  July 17, 2020                   /s/ David Harshaw
                                        DAVID HARSHAW
                                        Counsel for Defendant Alex Mendoza

                              **ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

   a)      The government's opposition or response to defendant's motion is due on July 23, 2020; and

   b)      The defense reply, if any, is due on August 6, 2020.


IT IS SO ORDERED.

Dated:   **July 20, 2020**

                                        _____
                                        UNITED STATES DISTRICT JUDGE